It is perfectly clear that the sentencing judge found "at least one" aggravating circumstance to exist; therefore, I think the sentence should not be set aside. Judge Bookout, in his special concurrence, stated that "(t)he judgment of the trial court is supported by aggravating circumstances number one and number five." (Emphasis added). The majority apparently finds that the trial court's finding No. 3 "[t]his capital felony was committed for the purpose of avoiding or preventing a lawful arrest for the purposes of getting rid of the victim so that he could not identify the defendant" is not supported by the record.
I conclude the trial court's finding that the intentional killing was committed during the course of a robbery is not inconsistent with his finding that the intentional killing was also done "for the purpose of getting rid of the victim so that he could not identify the defendant."
I respectfully dissent. *Page 875